

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00809-CV

In the Interest of **J.M.H.**

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2004CVO001194-D4
Honorable Belinda Mendez, Judge Presiding

PER CURIAM

Sitting:       Irene Rios, Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: February 26, 2020

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion contains a certificate of service to appellee, who has not opposed the motion. Therefore, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

PER CURIAM